IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

PATTI L. BOUTWELL                                                                                           PLAINTIFF

VERSUS                                                          CIVIL ACTION NO: 1:04cv710WJG-JMR

SINGING RIVER HOSPITAL SYSTEM,
XYZ COMPANY (1 THROUGH 5, and
JOHN DOE (1 THROUGH 10)                                                                          DEFENDANTS

## SUMMARY JUDGMENT

This cause is before the Court on the Motion for Summary Judgment [18-1] filed by the Defendant Singing River Hospital System pursuant to Federal Rule of Civil Procedure 56. Pursuant to the Memorandum Opinion entered in this cause, this date, incorporated herein by reference, its is hereby,

ORDERED AND ADJUDGED that the motion of the Defendant, Singing River Hospital System, for summary judgment [18-1] be, and is hereby, granted. It is further,

ORDERED AND ADJUDGED that each party bear their respective costs.

SO ORDERED AND ADJUDGED this the 4th day of January, 2006.

/s/      *Walter J. Gex III*
UNITED STATES SENIOR DISTRICT JUDGE